# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| GABRIEL ORTIZ, | ) | |
| Petitioner, | ) | No. CV 07-2433-DOC (RCF) |
| v. | ) | JUDGMENT |
| J. W. SULLIVAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied with prejudice.

Dated: April 11, 2011

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE